**No. 40142.**—Protests 693361–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bookends and letter openers chiefly used in the household for utilitarian purposes. The claim as household utensils at 40 percent under paragraph 339 was therefore sustained. Bookends, vases, and candlesticks plated with silver were held dutiable at 50 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and Abstract 37730 cited.

**No. 40143.**—Protests 730194–G, etc., of Lord & Taylor et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the articles in question are chiefly used on the table and in the household for utilitarian purposes or hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (T. D. 49373), and *Heemsoth* v. *United States* (T. D. 49191) cited.

**No. 40144.**—Protest 964426–G of American Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the oil cans and paper weights are articles of hollow ware and household utensils. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 40145.**—Protest 957051–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of marcel irons similar to those the subject of Abstract 38680. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 40146.**—Protests 942685–G, etc., of Gruen Watch Co. (Cleveland).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of various parts of watch movements which are subassemblies composed of one or more pieces of metal and one or more jewels, similar to those the subject of *Benrus* v. *United States* (T. D. 49289). The claim at 45 percent under paragraph 367 (c) (1) was therefore sustained.